■   In the Matter of SUZANNE CHINGOS and Another, Infants. EUGENIE CHINGOS, Appellant; JANET R. PETERS, Respondent.— Appeal by the paternal aunt of two infants from an order sustaining a writ of habeas corpus and

awarding custody of the two children to respondent, their mother. The proceeding was instituted after the death of the infants' father. Order unanimously affirmed, without costs. No opinion. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.